[No. 29032-1-I. Division One. July 13, 1992.]

*In the Matter of* MARTY R. WILCOX.

THE STATE OF WASHINGTON, *Petitioner*, v. MARTY R. WILCOX, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 91-8-00123-0, George McIntosh, J. Pro Tem., entered August 13, 1991. *Remanded* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Agid, JJ.

[No. 26866-0-I. Division One. July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00622-6, Frank L. Sullivan, J., entered August 21, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, A.C.J., and Pekelis, J.

[Nos. 27785-5-I; 27830-4-I. Division One. July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LAUREN W. STENGRUND, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CHERYL LYNN STENGRUND, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 90-1-00454-1, Paul D. Hansen, J., entered January 22, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Thompson, JJ.